UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MYRIAM GORRA, individually
and as personal representative of the
ESTATE OF JOSE GORRA,

      Plaintiff,

v.                                              Case No.  8:05-cv-2187-T-24 TBM

MERCK & CO., INC.,

      Defendant.
_____/

## ORDER

This cause comes before the Court on the Motion by Defendant Merck & Co., Inc. ("Merck") to Stay All Proceedings Pending Transfer Decision By the Judicial Panel on Multidistrict Litigation and to Enlarge All Pretrial Deadlines (Doc. No. 5).  The Judicial Panel on Multi-District Litigation ("JPML") has consolidated and transferred a number of actions involving the same drug to *In re VIOXX Products Liability Litigation*, MDL Docket No. 1657, United States District Court, Eastern District of Louisiana.  Defendant Merck anticipates that this action will be similarly transferred to the MDL Court and has requested that this Court stay all proceedings pending the JPML's decision on transfer.  As of the date of this Order, Plaintiff has not filed a response in opposition to Defendant Merck's motion.

Upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)     The Motion by Defendant Merck & Co., Inc. to Stay All Proceedings Pending Transfer Decision By the Judicial Panel on Multidistrict Litigation and to Enlarge All Pretrial Deadlines (Doc. No. 5) is **GRANTED**;

(2)     This matter is **STAYED** pending a decision by the Judicial Panel on Multidistrict Litigation;

2

(3) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case;

(4) Either party may move to return this case to active status at any time.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of December, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record